CIVIL 14-00318-LEK-KSC

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Jul 10, 2014
At  1  oclock and  40  min  P.M.  *afc*

[✔]   ORDER SETTING RULE 16 SCHEDULING CONFERENCE

[ ]   ORDER SETTING STATUS CONFERENCE
                    ✔  *afc*
for **Monday, October 20, 2014** at 9:00 a.m. before:

[ ]   Magistrate Judge Barry M. Kurren in Courtroom 7

[✔]   Magistrate Judge Kevin S.C. Chang in Courtroom 5

[ ]   Magistrate Judge Richard L. Puglisi  in Courtrooom 6

Pursuant to Rule 16 of the Federal Rules of Civil Procedure ("Fed.R.Civ.P.") and Local Rule 16.2 of the Rules of the United States District Court for the District of Hawaii:

- Parties are reminded that, unless otherwise ordered by the Court, a meeting of the parties must occur at least 21 days prior to the Scheduling Conference and a report submitted to the Court. Except as otherwise provided by L.R. 26.1(c), no formal discovery may be commenced before the meeting of the parties.
- Each party shall file a Scheduling Conference Statement pursuant to L.R. 16.2(b), and shall attend in person or by counsel.
- Failure to file and/or attend will result in imposition of sanctions, (including fines or dismissal), under Fed.R.Civ.P. 16(f) and L.R. 11.1.

DATED at Honolulu, Hawaii on Thursday, July 10, 2014.

                                    /s/ Susan Mollway
                                  Chief, U.S. District Judge

**THIS  SCHEDULING ORDER IS ATTACHED TO THE INITIATING DOCUMENT (COMPLAINT/NOTICE OF REMOVAL) & MUST BE SERVED WITH THE DOCUMENT.   PLEASE DO NOT REMOVE.**