RICHARD L HOLCOMB (HI Bar No. 9177)
Holcomb Law, A Limited Liability Law Corporation
1136 Union Mall, Suite # 808
Honolulu, HI  96813
Telephone: (808) 545-4040
Email: rholcomblaw@live.com

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| **ROXANNE KOON,** | ) |
| | ) **CIVIL NO. 1:13-CV-318 LEK/KSC** |
| **Plaintiff,** | ) |
| | ) **NOTICE OF SETTLEMENT** |
| vs. | ) |
| | ) Scheduling Conference: 10/20/14 - 9:30 |
| FIRSTSOURCE ADVANTAGE, LLC, | ) A.M. |
| and MRS BPO, LLC | ) Trial Date: N/A |
| | ) |
| **Defendant.** | ) **Honorable Judge Leslie Kobayashi** |

## NOTICE OF SETTLEMENT

**TO THE COURT:**

In an effort to avoid unnecessary costs and use of the Court's resources, Plaintiff hereby submits this Notice of Settlement to notify the Court that this lawsuit has been settled, and to request 45 (forty-five) days in which to file a stipulation of dismissal.

1

Plaintiff further requests the Court suspend and/or continue the pending October 20, 2014 Scheduling Conference in this matter.

Respectfully submitted this the 14th day of October, 2014.

/s/ *Richard L. Holcomb*
Richard L. Holcomb, #9177
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2014, a copy of the foregoing was served on the parties and/or their counsel via United States Postal Service first class mail, postage pre-paid.

/s/ *Richard L. Holcomb*
Richard L. Holcomb
Attorney for Plaintiff